[No. 17569–6–I.   Division One.   August 3, 1987.]

*In the Matter of* D. M. C.

JODY COLLYER, *Appellant,* v. CATHOLIC COMMUNITY SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–7–00410–0, Mary Wicks Brucker, J., entered December 13, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Coleman, JJ.

[No. 19845–9–I.   Division One.   August 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. VERNON GREGORY LEE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–03761–2, Nancy A. Holman, J., entered January 13, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 7903–1–III.   Division Three.   August 4, 1987.]

*In the Matter of* C.

KEVIN BELIEU, *Appellant,* v. SPOKANE COMMUNITY MENTAL HEALTH CENTER, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–7–00375–9, William G. Luscher, J., entered May 12, 1986. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Grosse, JJ.